No. 368. CHESAPEAKE & OHIO RY. Co. v. WOOD, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. James P. Wood and David H. Leake for petitioner. Mr. R. B. Newcomb for respondent.

No. 369. COTTON, TRUSTEE IN BANKRUPTCY, v. BENNETT. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.

Messrs. *Clyde B. Johnson* and *Howard D. Matthews* for petitioner. *Mr. John C. Palmer, Jr.,* for respondent.

